# Third District Court of Appeal

## State of Florida

Opinion filed October 2, 2024.
Not final until disposition of timely filed motion for rehearing.

---

No. 3D24-1548
Lower Tribunal No. F03-21018A

---

**David Brown,**

Petitioner,

vs.

**The State of Florida,**

Respondent.

A Case of Original Jurisdiction – Habeas Corpus.

David Brown, in proper person.

Ashley Moody, Attorney General, for respondent.

Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

<u>ON ORDER TO SHOW CAUSE</u>

On September 4, 2024, this Court denied the Petitioner David Brown's Petition for a Writ of Habeas Corpus. On the same date, the Court ordered Petitioner to show cause why he should not be prohibited from filing further pro se appeals, petitions, motions, or other pleadings in this Court relating to lower tribunal case F03-21018A.

Upon consideration of Petitioner's response to the order to show cause and the successive, duplicative, pro se petitions and appeals brought by Petitioner, we conclude that good cause has not been shown. Petitioner has engaged in the filing of meritless, frivolous, and successive claims, continuing to seek relief from this Court notwithstanding prior adverse determinations on the merits. In case numbers 3D2017-1685 and 3D2017-1565, this Court affirmed the trial court's order prohibiting Petitioner from filing further pro se matters.

In accordance with <u>State v. Spencer</u>, 751 So. 2d 47 (Fla. 1999), and <u>Concepcion v. State</u>, 944 So. 2d 1069 (Fla. 3d DCA 2006), Petitioner, David Brown, is prohibited from filing any further pro se appeals, pleadings, motions, or petitions relating to his conviction, judgment, and sentence in lower tribunal case F03-21018A. We direct the Clerk of the Third District Court of Appeal to refuse to accept any such papers relating to the circuit

court case number unless they have been reviewed and signed by an attorney who is a duly licensed member of The Florida Bar in good standing. See Whipple v. State, 112 So. 3d 540 (Fla. 3d DCA 2013).

Additionally, any such further and unauthorized pro se filings by Petitioner, David Brown, may subject him to appropriate sanctions, including the issuance of written findings forwarded to the Department of Corrections for its consideration of disciplinary action, including the forfeiture of gain time. See § 944.279(1), Fla. Stat. (2017).